UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| THERESA JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WHALECO, INC. d/b/a TEMU,<br><br>    Defendant. | Case No.: 5:23-cv-00403<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S RESPONSE TO COURT ORDER
DIRECTING COMPLIANCE (Doc. No. 17)**

Defendant, Whaleco, Inc. d/b/a TEMU ("Defendant"), through undersigned counsel, hereby respectfully responds to this Court's August 10, 2023 Order Directing Compliance (Doc. No. 17).

1. On July 21, 2023, this Court entered an Order Directing Defendant to file and serve a Certificate of Interested Persons and Corporate Disclosure (Doc. No. 11).

2. The undersigned apologizes for the inadvertent delay in complying with the Court's Order.

3. The undersigned incorrectly assumed that the Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 was prepared and filed in compliance with said Order.

SGR/6321539.1

4. Upon receiving the Court's August 10, 2023 Order Directing Compliance, the undersigned immediately filed the subject document (Doc. No. 18).

5. The undersigned will make every effort to comply with the Court's future deadlines.

Date: August 10, 2023

                                 SMITH GAMBRELL & RUSSELL LLP

                                 */s/ Robert A. Stines*
                                 Robert A. Stines FBN: 78447
                                 201 N. Franklin Street, Suite 3550
                                 Tampa, Florida 33602
                                 T: 813-488-2920
                                 Email:     rstines@sgrlaw.com
                                                                       vwilliams@sgrlaw.com
                                                                       daigotti@sgrlaw.com
                                 *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2023, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system, which will send a notice to all counsel of record.

                                 */s/ Robert A. Stines*
                                 Robert A. Stines