UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| THERESA JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>WHALECO, INC. d/b/a TEMU,<br><br>　　　Defendant. | Case No.: 5:23-cv-00403<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF RESOLUTION

Plaintiff Theresa Johnson ("Plaintiff"), for herself and on behalf of Defendant Whaleco Inc. d/b/a Temu (individually "Defendant," and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative individual resolution of all the Parties' differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Filed: November 7, 2023　　　　　　　Respectfully submitted,

By: /s/ Manuel S. Hiraldo

MANUEL S. HIRALDO
**HIRALDO P.A.**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
t. 954-400-4713
e. mhiraldo@hiraldolaw.com