UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 5:23-cv-00403-GAP-PRL

**TERESA JOHNSON,**
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

**WHALECO, INC.**
      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

It is hereby stipulated and agreed by and between Plaintiff Teresa Johnson and Defendant, Whaleco, Inc.  Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety <u>with</u> prejudice, with each party bearing its own fees and costs.  All claims of the putative class are hereby dismissed <u>without</u> prejudice.

Dated: January 3, 2024

Respectfully submitted,

| **HIRALDO P.A.** | **SMITH GAMBRELL & RUSSELL LLP** |
|---|---|
| */s/ Manuel S. Hiraldo* <br> Manuel S. Hiraldo, Esq. <br> Florida Bar No. 030380 <br> 401 E. Las Olas Boulevard | */s/ Robert A. Stines* <br> Robert A. Stines FBN: 78447 <br> 201 N. Franklin Street, Suite 3550 <br> Tampa, Florida 33602 |

1

| | |
|---|---|
| Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Email: mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br>*Counsel for Plaintiff* | T: 813-488-2920<br>Email: rstines@sgrlaw.com<br>daigotti@sgrlaw.com<br>vwilliams@sgrlaw.com<br>*Counsel for Defendant* |