**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

THERESA JOHNSON,

        Plaintiff,

v.                                        Case No:   5:23-cv-403-GAP-PRL

WHALECO, INC.,

        Defendant

## ORDER OF DISMISSAL

Upon consideration of the Joint Stipulation of Dismissal with Prejudice as to Plaintiff Theresa Johnson and without Prejudice as to the claims of the putative class (Doc. 34), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice as to Plaintiff Theresa Johnson, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The case is dismissed without prejudice as to the claims of the putative class.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 4, 2024.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -